UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Thomas Dean Lovingood, <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant. | **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** <br><br> C.A. No.7:17-CV-00789-MGL |

Notice is hereby given that, subject to approval by the Court, Plaintiff Thomas Dean Lovingood substitutes Charles J. Hodge, (State Bar No. 02537, Fed ID No. 1893) as counsel of record in place of Donald C. Coggins, Jr.

Contact information for new counsel is as follows:

**CHARLES J. HODGE**
**HODGE & LANGLEY LAW FIRM**
229 Magnolia Street
P.O. Box 2765 (29304)
Spartanburg, SC 29306
(864) 585-3873
hodgecharles@hotmail.com

In addition to Charles J. Hodge, Danny R. Smith and R. Patrick Smith shall also remain as counsel for Plaintiff.

Counsel for Defendant consents to the above substitution.

The substitution of attorneys is hereby approved and so ORDERED.

                                                            s/Mary Geiger Lewis
                                                            United States District Court Judge

Date: 11/29/2017
Columbia, South Carolina